**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**SERENA RUIZ**                                                                     **PLAINTIFF**

**V.**                                               **CIVIL ACTION NO. 3:26-CV-25-JDM-RP**

**BRIAN GOTTLIEB**                                                  **DEFENDANT**

**JUDGMENT**

On February 3, 2026, Serena Ruiz filed this *pro se* action against Brian Gottlieb. Because Ruiz seeks leave to proceed *in forma pauperis*, her complaint is subject to screening under 28 U.S.C. § 1915(e)(2). Section 1915(e)(2)(ii) provides for the *sua sponte* dismissal if it "fails to state a claim on which relief may be granted." A complaint fails to state a claim on which relief may be granted when it does not plead "enough facts to state a claim to relief that is plausible on its face." *Bell Atl. Corp. v. Twombly,* 550 U.S. 544, 570, 127 S. Ct. 1955, 167 L. Ed. 2d 929 (2007).

Ruiz's one-page complaint falls far short of stating a plausible claim or establishing this Court's jurisdiction. Ruiz merely alleges Gottlieb "failed to remain the same when doing his job" and "[w]hen adjudicating issues, . . . showed tardiness." This is not enough to avoid dismissal under Section 1915(e)(2).

On February 9, 2026, the Court ordered Ruiz to show cause, no later than February 23, 2026, as to why her case should not be dismissed for failure to state a claim. Ruiz did not respond to the Order to Show Cause, and the Order was returned as undeliverable.

THEREFORE, this action is **DISMISSED without prejudice.**

**SO ORDERED**, this the 25th day of February 2026.

                                                          /s/ James D. Maxwell II
                                                          UNITED STATES DISTRICT JUDGE
                                                          NORTHERN DISTRICT OF MISSISSIPPI